UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Munoz,

    Plaintiff,

v.

B. Birkholz et al,

    Defendants.

Case No. 21-cv-2024 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated October 22, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** without prejudice for failure to prosecute.
2. Petitioner William Munoz's pending motions at Dkt. 6, 8, and 11 are **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/23/21

    *s/Patrick J. Schiltz*
    PATRICK J. SCHILTZ
    United States District Judge